BRIAN MIDDLEBROOK
BMIDDLEBROOK@GRSM.COM
DIRECT DIAL: (212) 453-0708



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

August 24, 2023

<u>VIA ECF</u>
Honorable P. Kevin Castel
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   **Sharon McGee, et al. v. Mortgage Industry Advisory Corporation**
          <u>USDC SDNY Case No. 1:23-cv-06332</u>

Dear Judge Castel:

    This firm represents the interests of Defendant Mortgage Industry Advisory Corporation ("MIAC" or "Defendant") in the above-captioned matter. We are in receipt of Your Honor's Order granting an extension of time to answer until October 31, 2023 [Dkt. No. 8]. Our understanding is that Your Honor granted the Letter Motion submitted by Defendant on August 23, 2023 [Dkt. No. 7] as written, which will allow for Defendant to answer, move or otherwise respond to Plaintiff's Complaint. Please let us know if we are mistaken in that understanding.

    We appreciate the Court's attention to this matter. Should Your Honor have any questions or require any additional information, please do not hesitate to contact the undersigned.

                                    Respectfully submitted,

                                    */s/ Brian Middlebrook*

                                    Brian E. Middlebrook, Esq.

Cc: All Counsel of Record (via ECF)