**Shamis & Gentile, P.A.**
14 NE 1st Ave, Suite 1205 • Miami, FL 33132
Telephone 305-479-2299 • Fax 786-623-0915

**VIA ECF**
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *Sharon McGee v. Mortgage Industry Advisors Corporation*, Case No.: 1:23-cv-06332

Dear Judge Castel:

This matter is set for an Initial Pretrial Conference, via telephone on December 1, 2023 at 11:00 AM. The parties have conferred and jointly state the following:

This is a class action filed on behalf of Plaintiff and the putative class, based on Defendant's alleged failure to properly secure and safeguard Plaintiff's and the putative class members' sensitive personally identifiable information or "PII." Plaintiff's and the putative class members' PII was allegedly compromised and/or stolen by hackers on or about April 6, 2023 due to Defendant's alleged failure to safeguard that information entrusted to it. As a result, Plaintiff and the putative class have brought this class action, seeking remedies including, but not limited to, compensatory damages, nominal damages, reimbursement of out-of-pocket costs. Plaintiff also seeks injunctive and equitable relief to prevent future injury on behalf of herself and the putative Class. Defendant denies Plaintiff's allegations and contests, among other things, Plaintiff's standing to bring suit.

At this moment, neither Plaintiff, nor Defendant intends to file any contemplated motions.

On or about November 22, 2023, the parties reached an agreement in principle to settle this matter. The parties expect to finalize the terms of settlement within thirty (30) days.

Dated November 29, 2023

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.**<br>/s/ Andrew J. Shamis<br>Andrew J. Shamis, Esq.<br>New York Bar No. 037343<br>ashamis@shamisgentile.com<br>/s/ Christopher Berman<br>14 NE 1st Ave., Suite 705<br>Miami, Florida 33132<br>Tel: (305) 479-2299<br><br>**EDELSBERG LAW, P.A.**<br>Scott Edelsberg<br>Florida Bar No. 0100537<br>scott@edelsberglaw.com<br>20900 NE 30th Ave., Suite 417<br>Aventura, FL 33180<br>Office: (786) 289-9471<br>Direct: (305) 975-3320<br>Fax: (786) 623-0915<br><br>*Counsel for Plaintiff and the Class* | **GORDON REES SCULLY**<br>**MANSUKHANI, LLP**<br>*/s/* Brian E. Middlebrook<br>Brian E. Middlebrook (BM 1379)<br>1 Battery Park Plaza, 28th Floor<br>New York, New York 10004<br>Tel: (212) 269-5500<br>Fax: (212) 269-5505<br>bmiddlebrook@grsm.com<br><br>*Attorneys for Defendant Mortgage Industry*<br>*Advisors Corporation* |